IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NORTH STAR MUTUAL INSURANCE COMPANY, a/s/o; <br><br> Plaintiff, <br><br> vs. <br><br> RAM ROOFING, LLC, <br><br> Defendant. | 8:24CV232 <br><br> **ORDER TO SHOW CAUSE** |

This matter comes before the court after a review of the docket and pursuant to NECivR 41.2, which states in relevant part: "At any time, after appropriate notice, a case not being prosecuted with reasonable diligence may be dismissed for lack of prosecution."

Plaintiff's claim against Third-Party Defendant NDG Contractor, LLC was filed on September 11, 2024. Filing No. 20. Plaintiff filed a return of service indicating service on Third-Party Defendant NDG Contractor, LLC on September 23, 2024. Filing No. 24. No answer or other responsive pleading has been filed. Plaintiff has a duty to prosecute the case and may, for example, seek default judgment in accordance with the applicable rules or take other action as appropriate.

Accordingly,

IT IS ORDERED that Plaintiffs shall have until January 21, 2025 to show cause why its claims again Third-Party Defendant NDG Contractor, LLC should not be dismissed pursuant to NECivR 41.2 for want of prosecution. The failure to timely comply with this order may result in dismissal of these claims without further notice.

Dated this 6th day of January, 2025.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge